

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00067-CR

JOHN CHARLES DENELSBECK, III, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Delta County, Texas
Trial Court No. 7735

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Our review of the clerk's record and the court reporter's record in this matter indicates that such records contain unredacted "sensitive data" as that phrase is defined in Rule 9.10 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.10(a). Sensitive data includes "a birth date, a home address, and the name of any person who was a minor at the time the offense was committed." TEX. R. APP. P. 9.10(a)(3). The clerk's and reporter's record include the names of persons who were minors at the time the offense was committed. Rule 9.10(b) states, "Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data." TEX. R. APP. P. 9.10(b).

Rule 9.10(f) provides, "A court may also order that a document be filed under seal in paper form or electronic form, without redaction." TEX. R. APP. P. 9.10(f). Therefore, because the clerk's and reporter's record contain unredacted sensitive data, we order the clerk of this Court, or her appointee, in accordance with Rule 9.10(f), to seal the electronically filed clerk's record and reporter's record in this case. *See* TEX. R. APP. P. 9.10(f).

IT IS SO ORDERED.

BY THE COURT

Date: January 10, 2022